# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2014

Robert P. Young, Jr.,
Chief Justice

148748(55)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

AFT MICHIGAN, AFT, AFL-CIO, *et al.*,
       Plaintiffs-Appellants,

v

STATE OF MICHIGAN,
       Defendant-Appellee.
_____/

SC: 148748
COA: 313960
Ct of Claims: 12-000104-MM

On order of the Chief Justice, the motion of the Judicial Education Project for leave to file an amicus curiae brief is GRANTED. The amicus brief submitted on September 16, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2014


_____